IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

EMMANUEL N. OHIRI,

    Defendant/Movant.

CIV. NO. 03-172 MV/ACT
CR.-00-1341 MV

## MOTION TO EXTEND TIME TO FILE AMENDED 28 U.S.C. § 2255 MOTION

Defendant/Movant, Emmanuel Ohiri, by and through his counsel of record, Jason Bowles and B.J. Crow of Bowles & Crow, hereby respectfully moves this Court to extend the time to file his § 2255 motion and, in support, states as follows:

1. This Court entered an order on August 15, 2005 stating the Defendant may file an amended motion pursuant to U.S.C. § 2255 twenty (20) days from that date.

2. The filing deadline would be September 6, 2005.

3. The law firm of Bowles & Crow was retained in this case on September 2, 2005.

4. Mr. Ohiri's attorneys cannot, in the time prescribed, prepare and file an effective § 2255 motion.

WHEREFORE, Defendant/Movant respectfully requests this Court extend the time to file his § 2255 motion thirty (30) days.



Respectfully Submitted,

_____
B.J. Crow
Jason Bowles
Bowles & Crow
Post Office Box 25186
Albuquerque, N.M. 87125
(505) 217-2680